# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

```
Gary Mosher
147 Ironia Rd
Mendham NJ 07945
(973) 543-6003
Plaintiff Pro-Se
```

Mosher, Gary

                Plaintiff

CIVIL ACTION No. 06 - 0703 (DMC)

**VS.**

The State of New Jersey
&
Judge William Hunt Dumont

                Defendants

## COMPLAINT

### PARTIES

**Plaintiff**: Gary Mosher, 147 Ironia Rd, Mendham, NJ, 07945

**Defendant**: The State of New Jersey, Office of The Attorney General, P.O. Box 080, Trenton, NJ 08625-0080

**Defendant**: Judge William Hunt Dumont, Morris County Superior Court, Washington & Court Streets, Morristown, New Jersey, 07963-0910

### JURISDICTION

The court's jurisdiction in this matter is predicated on its responsibilities cited in the Constitution of the United States as the issues raised relate to the State of New Jersey's capacity to satisfy its obligations under the United States Constitution.

### CAUSE OF ACTION

Over the course of a half-dozen years plaintiff has attempted to litigate various claims of civil-rights violations as a pro se plaintiff through various courts of jurisdiction within the New Jersey State judiciary system. Throughout the course of those years, of sincere and conscientious effort to achieve a lawful and accountable determination of justice, plaintiff claims he has not received any measure of "process" that satisfies what the Constitution of the United States requires.

If provided a fair opportunity, plaintiff will provide evidence, decisively demonstrating that the New Jersey court system is in fact plagued by a pervasive elitist and corrupting bigotry, and a gross disregard, for the United States Constitution, and "the rule of law" including their own rules of the court. The plaintiff will also provide conclusive evidence that the corruption and incompetence reaches all levels of the New Jersey Justice system and provides no realistic opportunity for self-correction or to make wrongs, right, within the system provided.

Put in simpler words, I claim that through out my encounters with the New Jersey courts system from Tax Court, to the Supreme Court of New Jersey, that I have not received one hour of honest, conscientious, or fair, "judicial judgment", and inturn my federal constitutional rights have been willfully violated by The State of New Jersey.

Regarding the named defendant: It is plaintiff's claim that this particular judge, William Hunt Dumont, has so egregiously violated the statutory and constitutional rights of the plaintiff that some personal responsibility, accountability, and punishment must be imposed.

Relevant State Court Cases:
Division of Taxation Docket Number 00180-2002
Appeals Court Docket No. A-2515-02T3
Superior Court docket No. MRS-L-2876-03

## DEMAND

1) Plaintiff respectfully demands, that the court recognize the vital importance, to the health of our democracy, and to the rule of law, of their existing judicial redress that has integrity...and order the level of accountability necessary to provide for that integrity. In this case, circumstances demand independent investigation of the New Jersey state judiciary by the proper federal authority.

2) Plaintiff respectfully demands, that the court order that the legitimate constitutional issues, and related plaintive claims, denied a just hearing in the New Jersey Courts be provided a fair opportunity for fair resolution within the federal system without imposing further expense, or unnecessary aggravation upon the plaintiff.

3) Plaintive respectfully demands, the award of appropriate punitive damages against The State of New Jersey and against New Jersey Superior Court Judge William Hunt Dumont personally for justice maliciously denied, and constitutional rights maliciously violated.

Gary Mosher
147 Ironia Rd
Mendham NJ 07945
[973 543-6003]
Plaintiff Pro-Se