# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

RECEIVED-CLERK
U.S. DISTRICT COURT

2006 MAR 17  A 11: 13

Gary Mosher
147 Ironia Rd
Mendham NJ 07945
(973) 543-6003
Plaintiff Pro-Se

---

Mosher, Gary

               Plaintiff          CIVIL ACTION No. 06-0703 [DMC]

**VS.**

The State of New Jersey
&
Judge William Hunt Dumont

              Defendants        <u>Reply to Order of March 3, 2006</u>

---

JUDGE DENNIS CAVANAUGH:

Although I do not believe any deficiencies in the demands I have articulated with my complaint justify the Court's threat to dismiss that complaint, I will attempt to satisfy the Court's demand that I provide more "sufficient information".

For the record, it should be understood that if I am provided fair opportunity to prove my claims, and do in fact prove those claims to the Court's satisfaction, the rather unprecedented and incredible truth that the New Jersey justice system is not providing equal or otherwise constitutionally required justice will have been established. Contrary to the Court's expectation, appropriate court ordered relief under such a circumstance is not obviously apparent.

In rephrasing my demands, I will point out "explicitly" that it is my primary desire that this litigation will provoke action that will prevent the New Jersey justice system from continuing to commit crimes against pro se litigants. It is my understanding that federal judges have the power to order independent investigations (by independent prosecutors) and investigations by federal agencies. I have demanded that the court order "independent investigation" by the "proper federal authority". If I must be more explicit... I respectfully demand the court order an independent prosecutor to investigate, and prosecute, crimes committed against the people of the United States by the New Jersey judicial system.

A second intention of this litigation is that some fair compensation be provided to the victims damaged by the crimes committed by the New Jersey judicial system. I think I have clearly stated that I have "legitimate constitutional... claims" that have been denied constitutionally required redress in New Jersey courts claiming constitutional jurisdiction. I have demanded "fair resolution (of those claims) within the federal system" or more precisely a jurisdiction willing to provide the justice the Constitution demands. Being more explicit, many of the issues can be fairly and appropriately decided by this Court, and I respectfully demand that the Court take jurisdiction over those issues. Other issues, regarding intent, I have requested be decided by a jury trial, and the New Jersey Judiciary has denied that request. As the litigation involves claimed violations of the ADA and the Federal 1983 statute, and as the plaintiff has already paid to receive Constitutional justice, the Court should order the movement of the relevant case (MRS-L-2876-03) to this Court's jurisdiction without imposing further financial burdens on the plaintiff.

A third element of justice demanded with the original complaint involves a traditional and common request for punitive damages against the parties named. Through my reading of the rules of the court, it was not my understanding that there was any requirement to explicitly quantify monetary damages. As the absence of this explicit statement of damages demanded is the only deficiency I can possibly discern to exist in the item "3)" demand filed with my complaint, I will simply, contrive a number, for your satisfaction, to provide the impossible estimation of the value of Constitutional rights violated... that said, I demand $1 million in punitive damages against both defendants named in the complaint.

Date: March 16, 2006
Original: Clerk's Office
(+1 copy) Clerk's Office
Courtesy Copy: c/o Clerk's Office
cc: None

Gary Mosher
147 Ironia Rd
Mendham NJ 07945
[973 543-6003]
Plaintiff Pro-Se

NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MOSHER, GARY<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THE STATE OF NEW JERSEY and<br>JUDGE WILLIAM HUNT DUMONT,<br><br>　　　　Defendants. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-0703(DMC) |

This Court having reviewed the Complaint filed by Plaintiff, and Plaintiff having failed to provide the Court with sufficient information for the Court to determine what relief Plaintiff is requesting;

IT IS on this 3rd day of March, 2005;

ORDERED that Plaintiff has thirty (30) days to submit a more specific statement of relief requested or this action will be dismissed.

　　　　　　　　　　　　　　　　　　　　Dennis M. Cavanaugh, U.S.D.J.

Date: March 3, 2006
Original: Clerk's Office
cc: All Counsel of Record
　　The Honorable Mark Falk, U.S.M.J.
　　File