CLOSED

NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MOSHER, GARY | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | Civil Action No. 06-0703(DMC) |
| THE STATE OF NEW JERSEY and | : | |
| JUDGE WILLIAM HUNT DUMONT, | : | |
| | : | |
| Defendants. | : | |

Plaintiff having filed a Complaint in the instant action on February 15, 2006, and this Court

on March 6, 2006, having directed Plaintiff provide the Court with a more specific statement of

relief, and Plaintiff having submitted a letter reply to the Court's Order on March 20, 2006, and the

Court having reviewed this submission; and Plaintiff having failed to state a claim for relief;

IT IS on this 20th day of March, 2005;

ORDERED that Plaintiff's Complaint is hereby dismissed.

Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Date: | March 20, 2006 |
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |